# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 15-31032

————

United States Court of Appeals
Fifth Circuit

**FILED**

January 13, 2017

Lyle W. Cayce
Clerk

In Re:  The Complaint of Omega Protein, Incorporated,
as Owner and Operator of Fishing Vessel Isle Derniere,
for Exoneration from or Limitation of Liability.

OMEGA PROTEIN, INCORPORATED,
as Owner and Operator of Fishing Vessel Isle Derniere,

Plaintiff–Appellant,

versus

CHARLES BRUMFIELD, JR.; ROBERT LANCELIN, Sr.,

Defendants–Appellees.

————

No. 15-31060

————

In Re:  The Complaint of Omega Protein, Incorporated,
as Owner and Operator of Fishing Vessel Isle Derniere,
for Exoneration from or Limitation of Liability.

OMEGA PROTEIN, INCORPORATED,
as Owner and Operator of Fishing Vessel Isle Derniere,

Plaintiff–Appellant,

versus

ANTHONY SCOTT; ROBERT LANCELIN, SR.,

Defendants–Appellants,

versus

LOUISIANA MARINE TOWING, L.L.C.,

Defendant–Appellee.

In re:  The Complaint of LOUISIANA MARINE TOWING, L.L.C.,
as Owner of the M/V Lady Lauren, Its Engines, Gear, Tackle, etc.,
for Exoneration from or Limitation of Liability.

LOUISIANA MARINE TOWING, L.L.C.,
as Owner of the M/V Lady Lauren, Its Engines, Gear, Tackle, etc.,

Plaintiff–Appellee,

versus

ANTHONY SCOTT; ROBERT LANCELIN, SR.; OMEGA PROTEIN
INCORPORATED,

Defendants–Appellants.

———————————

Appeals from the United States District Court
for the Western District of Louisiana
No. 6:14-CV-469

———————————

Before JOLLY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2

In this matter stemming from an allision between two vessels, the district court awarded damages and determined the value of a vessel. Various parties seek relief on appeal.

This case was tried thoroughly and patiently by the district court. We have read the briefs and applicable parts of the record and the relevant law and have heard the oral arguments of five attorneys. There is no reversible error. The judgment and underlying decisions are fair. The judgment as to all parties and all issues is AFFIRMED.